```
                                                    FILED
                                                    APRIL 10, 2008        YM
        UNITED STATES DISTRICT COURT                08CV2053
     FOR THE NORTHERN DISTRICT OF ILLINOIS
              EASTERN DIVISION                      JUDGE KENDALL

                                                    MAGISTRATE JUDGE SCHENKIER
```

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION, | ) | |
| | ) | Case No. _____ |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Judge _____ |
| | ) | |
| SEIU LOCAL 1, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF THE WACKENHUT CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Wackenhut Corporation, states the following:

The Wackenhut Corporation is a corporation organized under the laws of Florida. Group 4 Securicor plc owns 100% of The Wackenhut Corporation's stock.

Dated: April 10, 2008                    Respectfully submitted,


                                         /s Patrick J. Ahern
                                         Patrick J. Ahern (ARDC# 6187380)
                                         patrick.j.ahern@bakernet.com
                                         John N. Raudabaugh (*pro hac vice* pending)
                                         john.n.raudabaugh@bakernet.com
                                         Karen Sewell (ARDC# 6284417)
                                         karen.sewell@bakernet.com
                                         Baker & McKenzie LLP
                                         130 E. Randolph Dr., Suite 3500
                                         Chicago, Illinois 60601
                                         312.861.8000

                                         Attorneys for Plaintiff
                                         The Wackenhut Corporation


CHIDMS1/2611374.1