AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# 08 C 2053

## SUMMONS IN A CIVIL CASE

The Wackenhut Corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

SEIU Local 1

**JUDGE KENDALL
MAGISTRATE JUDGE SCHENKIER**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

SEIU Local 1
111 E. Wacker Drive, Suite 2500
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Ahern
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Yvette Montoya_ (signature)

(By) DEPUTY CLERK

April 11, 2008

Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The Wackenhut Corportion | |
| vs. | |
| SEIU Local 1 | Case Number   08 CV 2053 |

## AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 11 day of April, 2008, at 03:50 PM at 111 E. Wacker Dr. #2500, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint, Attorney Appearance, Civil Cover Sheet, Rule 7.1 Disclosure Statement**

Upon:   **SEIU Local 1**

By:   ☑ Personally serving to:   Rosy Villa-Adm. Assistant

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 111 E. Wacker Dr. #2500, Chicago, IL 60601 on

| Description: | Sex | **Female** | Race | **Hispanic** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'6** | Weight | **165** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101