UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No.  08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1 | ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiff, Service Employees International Union, Local 1 ("Local 1"), hereby files its Motion for Extension of Time in which to answer or otherwise plead in response to Plaintiff Wackenhut Corporation's ("Wackenhut") Complaint.  In support, Local 1 states as follows:

1. On or about April 10, 2008, Wackenhut filed its complaint in the Northern District of Illinois, Eastern Division.  Wackenhut alleges violations of the Sherman Act, 15 U.S.C. §§ 1, 2 and Section 303 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 187. Defendant was served on or about April 11, 2008.

2. Local 1's Answer or Other Pleading in Response to Plaintiff's Initial Complaint is currently due on or about May 1, 2008.

3. Local 1 obtained Plaintiff's consent to have an additional twenty-one days, until Wednesday, May 22, 2008 to file its Answer to Plaintiff's Complaint.

4. On April 28, 2008, Plaintiff filed its First Amended Complaint.

5. Local 1 makes this request because the legal matters in this matters are significant and complex and because counsel for the Union has a number of matters pending, including out-

of-state hearings with the National Labor Relations Board and state court litigation that makes filing of the brief by May 1, 2008 burdensome.

      WHEREFORE, Service Employees International Union, Local 1 respectfully requests that this Court grant Local 1's Motion for Extension of Time to file an Answer to Plaintiff Wackenhut Corporation's Complaint until May 22, 2008.

Respectfully submitted,                              Dated:  April 28, 2008

    /s/ Alexia Kulwiec

Alexia Kulwiec
Steven M. Stewart
Leslie Ward
Counsel for Plaintiff
SEIU Local 1
111 E. Wacker Drive, 25th Floor
Chicago, IL 60601

312.240.1600
312.233.8848 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing Plaintiff Local 1's Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties by operation of the Court's electronic filing system.

                                                                                         /s/ Steve M. Stewart

                                                                                         Steve M. Stewart
                                                                                         Counsel for Defendant
                                                                                         SEIU Local 1
                                                                                         111 E. Wacker Drive, 25th Fl.
                                                                                         Chicago, IL 60601

L:\Litigation\Wackenhut\Sherman Act\mtn.extension.4.28.08.doc