## CERTIFICATE OF SERVICE

The undersigned, Allison M. Roadruck, a non-attorney, being duly sworn upon oath, deposes and states that she caused copies of the foregoing **FIRST AMENDED COMPLAINT** to be served upon the defendant Service Employees International Union via Federal Express, on this 25th day of April, 2008:

> Service Employees International Union
> 111 East Wacker Drive
> Suite 2500
> Chicago, Illinois 60601

*Allison M. Roadruck*
Allison M. Roadruck

SUBSCRIBED AND SWORN to
before me April 25, 2008.

*Rebecca Mellon*
NOTARY PUBLIC

CHIDMS1/2616313.1

"OFFICIAL SEAL"
REBECCA J. MELLON
Notary Public, State of Illinois
My Commission Expires April 02, 2011