AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# UNEXECUTED

SUMMONS IN A CIVIL CASE

The Wackenhut Corporation

V.

SEIU Local 1, Thomas Balanoff, Mona Ballenger, Edward Bowen, Andrew Stern

CASE NUMBER: 08 C 2053

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

SEIU Local 1
111 E. Wacker Dr., Suite 2500
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Ahern
Baker & McKenzie LLP
130 E. Randolph Dr. Suite 3500
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 24, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____  _____<br>　　　　　　　　*Date*　　　　　　　　*Signature of Server*<br><br>**UNEXECUTED**<br><br>_____<br>*Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.