AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Wackenhut Corporation

| | |
|---|---|
| CASE NUMBER: | 08 C 2053 |

V.

| | |
|---|---|
| ASSIGNED JUDGE: | Kendall |

SEIU Local 1, Thomas Balanoff, Mona
Ballenger, Edward Bowen, Andrew Stern

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Schenkier |

TO: (Name and address of Defendant)

Thomas Balanoff
SEIU Local 1
111 E. Wacker Dr. Suite 2500
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Ahern
Baker & McKenzie LLP
130 E. Randolph Dr. Suite 3500
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Shirley*                              —                              **April 24, 2008**

**(By) DEPUTY CLERK**                                                                              **Date**

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

The Wackenhut Corp.

vs.    SEIU Local 1, Thomas Balanoff,
Mona Ballenger, Edward Bowen,
Andrew Stern

Case Number    08 C 2053

## AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 25 day of April, 2008, at 04:45 PM at 111 E. Wacker Dr. #2500, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon:    **Thomas Balanoff**

By:    ☑ Personally serving to:   Thomas Balanoff

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 111 E. Wacker Dr. #2500, Chicago, IL 60601 on

| Description: Sex | **Male** | Race | **White** | Approximate Age | **55** |
|---|---|---|---|---|---|
| Height | **6'3** | Weight | **220** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The Wackenhut Corporation

| | |
|---|---|
| CASE NUMBER: | 08 C 2053 |

V.

SEIU Local 1, Thomas Balanoff, Mona
Ballenger, Edward Bowen, Andrew Stern

| | |
|---|---|
| ASSIGNED JUDGE: | Kendall |
| DESIGNATED MAGISTRATE JUDGE: | Schenkier |

TO: (Name and address of Defendant)

Mona Ballenger
SEIU Local 1
111 E. Wacker Dr. Suite 2500
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Ahern
Baker & McKenzie LLP
130 E. Randolph Dr. Suite 3500
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Girley*

**(By) DEPUTY CLERK**

—

**April 24, 2008**

**Date**

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

The Wackenhut Corp.

vs.     SEIU Local 1, Thomas Balanoff,
Mona Ballenger, Edward Bowen,
Andrew Stern

Case Number     08 C 2053

### AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 25 day of April, 2008, at 04:41 PM at 111 E. Wacker Dr. #2500, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon: **Mona Ballenger**

By:  ☑ Personally serving to:  Mona Ballenger

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 111 E. Wacker Dr. #2500, Chicago, IL 60601 on

| Description: Sex | **Female** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|
| Height | **5'7** | Weight | **135** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The Wackenhut Corporation

|  |  |
|---|---|
| CASE NUMBER: | 08 C 2053 |

V.

SEIU Local 1, Thomas Balanoff, Mona
Ballenger, Edward Bowen, Andrew Stern

|  |  |
|---|---|
| ASSIGNED JUDGE: | Kendall |
| DESIGNATED MAGISTRATE JUDGE: | Schenkier |

TO: (Name and address of Defendant)

Edward Bowen
SEIU Local 1
111 E. Wacker Dr. Suite 2500
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Ahern
Baker & McKenzie LLP
130 E. Randolph Dr. Suite 3500
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Hinley*

**(By) DEPUTY CLERK**

**April 24, 2008**
**Date**

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

The Wackenhut Corp.

vs.       SEIU Local 1, Thomas Balanoff,          Case Number    08 C 2053
          Mona Ballenger, Edward Bowen,
          Andrew Stern

## AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 28 day of April, 2008, at 01:20 PM at 111 E. Wacker Dr. #2500, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon:   **Edward Bowen**

By:   ☑ Personally serving to:   Edward Bowen

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 111 E. Wacker Dr. #2500, Chicago, IL 60601 on

| Description: Sex | **Male** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|
| Height | **6'2** | Weight | **230** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101