UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No.  08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1 | ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT SERVICE EMPLOYES INTERNATIONAL UNION LOCAL 1'S NOTICE OF MOTION**

To:  Patrick J. Ahern
 John N. Raudabaugh
 Karen Sewell
 Baker & McKenzie LLP
 130 E. Randolph Dr., Suite 3500
 Chicago, IL 60601
 312.861.8000
 Counsel for Defendant

Please take notice that on Wednesday, May 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Service Employees International Union Local 1, shall appear before the Honorable Virginia Kendall or any judge sitting in her stead, in the courtroom usually occupied by her at the U.S. District Court for the Northern District of Illinois, at Room 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and present its Motion to For Extension of Time or Otherwise Plead.

Respectfully Submitted,                                              Dated: April 30, 2008

       /s/ Alexia M. Kulwiec
Alexia M. Kulwiec
Counsel for Defendant
SEIU Local 1
111 E. Wacker Drive, 25th Floor
Chicago, IL  60601
312.233.8712