UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SEIU LOCAL 1, THOMAS BALANOFF, | ) | Magistrate Judge Schenkier |
| MONA BALLENGER, EDWARD BOWEN, | ) | |
| and ANDREW STERN | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Service Employees International Union, Local 1 ("Local 1"), Thomas Balanoff, Mona Ballenger, Edward Bowen, hereby jointly file a Motion for Extension of Time To Answer or Otherwise Plead in response to Plaintiff Wackenhut Corporation's ("Wackenhut") Amended Complaint. In support, Defendants state as follows:

1.      On or about April 10, 2008, Wackenhut filed a complaint [Dkt. No. 1] in this court. In the Complaint, Wackenhut purports to allege violations of the Sherman Act, 15 U.S.C. §§ 1, 2 and Section 303 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 187. Defendant Local 1 was served on or about April 11, 2008.

2.      On or about April 23, 2008, Wackenhut amended its complaint [Dkt. No. 10] to add Defendants Balanoff, Ballenger, Bowen, and Stern.

3.      Defendant Balanoff was served with the Amended Complaint on April 25, 2008. His answer or pleading in response to the Amended Complaint is currently due on May 15, 2008. [Dkt. No.21]

1

4.      Defendant Ballenger was served with the Amended Complaint on April 25, 2008. Her answer or pleading in response to the Amended Complaint is currently due on May 15, 2008. [Dkt. No.21]

5.      Defendant Bowen was served with the Amended Complaint on April 28, 2008. His answer or pleading in response to the Amended Complaint is currently due on May 19, 2008. [Dkt. No.21]

6.      As of the time of this filing, Defendant Stern has not yet been served with the Amended Complaint.

7.      On or about April 24, 2008, and prior to the service of the Amended Complaint on any individually named Defendant, Local 1 filed a motion with this court for an extension of time to file an answer. [Dkt. No. 12]. This motion was granted on May 2, 2008 [Dkt. No. 23]. Under this Court's order of that date, Local 1 currently has until May 22, 2008 to answer or otherwise plead a response to the Amended Complaint. That Order also establishes a status conference on May 29, 2008 and further orders the parties to submit a Joint Status Report on May 22, 2008.

8.      Because Wackenhut amended its complaint to add additional parties, the undersigned counsel were only recently retained to represent all Defendants. The delay in this retention was exacerbated by counsels' need to assure that there were no potential conflicts of interest that would preclude representing all of the Defendants in this action. Because retention was only accomplished recently, Defendants' counsel need time to review and investigate all of the matters alleged in the amended complaint.

9.      Further, the various initial responses are currently due on May 15 (Defendants Balanoff and Ballenger), May 19 (Defendant Bowen), May 22 (Defendant Local 1), and as as-yet-undetermined date (Defendant Stern). Because all parties – as well as this Court – will be best

2

served by a single answer or response and a single schedule pertaining to all parties, Defendants believe it to be in the best interest of this proceeding to create a single schedule for Defendants' response to the Amended Complaint.

10.     Finally, counsel for the undersigned Defendants is representing a number of other parties in actions in federal courts across the country, with hearings and briefing schedules already set in the months of May and June.  Counsel also has other pre-existing commitments for the months of May and June that cannot be rescheduled.  While counsel recognizes the need to proceed expeditiously in this matter, this case raises significant and complex issues regarding the relation of the National Labor Relations Act, 29 U.S.C. § 187 to federal antitrust law.  Given this concern, an additional period of time to respond to the Amended Complaint would enable counsel to best represent the interests of all Defendants.

11.     Defendants respectfully request that this court provide until June 27, 2008 for all Defendants to file an answer or other pleading in response to the Amended Complaint.

12.     Further, in light of the change in schedule, Defendants request that the court grant a continuance of the May 29, 2008 status conference and the May 22, 2008 joint status report.

13.     Pursuant to this Court's rules and operating procedures, counsel for the undersigned Defendants has conferred with Counsel for plaintiffs regarding this motion.  Counsel for plaintiffs does not consent to the extension of time.

Dated: May 15, 2008                     Respectfully submitted,

                                        /s/ Alexia Kulwiec
                                        ALEXIA M. KULWIEC
                                        LESLIE J. WARD
                                        STEVEN M. STEWART
                                        SEIU Local 1
                                        111 East Wacker Drive
                                        Suite 2500
                                        Chicago, IL 60601
                                        (312) 233-8712

                                        JULIA PENNY CLARK (*pro hac vice* motion filed today)
                                        DANIEL A. ZIBEL (*pro hac vice* filed today)
                                        Bredhoff & Kaiser PLLC
                                        805 Fifteenth Street N.W.
                                        Suite 1000
                                        Washington, DC 20005
                                        (202) 842-2600

                                        *Counsel for Defendants SEIU Local 1, Thomas Balanoff,*
                                        *Mona Ballender, and Edward Bowen*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 15th day of May, 2008, a copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead, and Notice of Motion was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

                  */s/ Alexia Kulwiec*_____

                  *Counsel for Defendants SEIU Local 1, Thomas Balanoff, Mona Ballender, and Edward Bowen*