UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION ) | | |
| ) | | |
| Plaintiff ) | Case No. 08-C-2053 | |
| ) | | |
| v. ) | Judge Kendall | |
| ) | | |
| SEIU LOCAL 1, THOMAS BALANOFF, ) | Magistrate Judge Schenkier | |
| MONA BALLENGER, EDWARD BOWEN, ) | | |
| and ANDREW STERN ) | | |
| ) | | |
| Defendants ) | | |
| ) | | |

## DEFENDANTS' NOTICE OF MOTION

To: Patrick J. Ahern
Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
(312) 861-8000
*Counsel for Plaintiff*

Please take notice that on Wednesday, May 21, 2008, or as soon thereafter as counsel may be heard, counsel for Defendants SEIU Local No. 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen shall appear before the Honorable Virginia Kendall or any judge sitting in her stead, in the courtroom usually occupied by her at the U.S. District Court for the Northern District of Illinois, at Rom 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and present their Motion for Extension of Time or Otherwise Plead.

Respectfully Submitted,                    Dated: May 15, 2008


*/s/ Alexia Kulwiec*
ALEXIA M. KULWIEC
SEIU Local 1
111 East Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 233-8712