UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1 | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant | ) | |

### DEFENDANT SERVICE EMPLOYES INTERNATIONAL UNION LOCAL 1'S AMENDED NOTICE OF MOTION

To: Patrick J. Ahern
John N. Raudabaugh
Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
312.861.8000
*Counsel for Plaintiff*

Please take notice that on Wednesday, May 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants SEIU Local 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen shall appear before the Honorable Virginia Kendall or any judge sitting in her stead, in the courtroom usually occupied by her at the U.S. District Court for the Northern District of Illinois, at Room 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and present its Motion to For Extension of Time or Otherwise Plead.

Respectfully Submitted,                                   Dated: May 21, 2008

_____/s/ Alexia M. Kulwiec_____
Alexia M. Kulwiec
Counsel for Defendant
SEIU Local 1
111 E. Wacker Drive, 25th Floor
Chicago, IL  60601
312.233.8712