

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 08-cv-02053

Wackenhut Corporation v. SEIU Local 1 et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants SEIU Local 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen

| | |
|---|---|
| NAME (Type or print) <br> Daniel A. Zibel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM <br> Bredhoff & Kaiser, PLLC | **FILED** |
| STREET ADDRESS <br> 805 Fifteenth Street, N.W., Suite 1000 | MAY 16 2008 <br> MAY 16 2008 |
| CITY/STATE/ZIP <br> Washington/DC/20005 | MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (202) 842-2600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐