UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE WACKENHUT CORPORATION ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> SERVICE EMPLOYEES INTERNATIONAL ) <br> UNION, LOCAL 1, *et. al.* ) <br> ) <br> Defendant ) <br> ) | Case No. 08-C-2053 <br><br> Judge Kendall <br><br> Magistrate Judge Schenkier |

## MOTION TO WITHDRAW APPEARANCES SUBMITTED
## ON BEHALF OF DEFENDANT ANDREW L. STERN

Undersigned counsel to Defendants, Service Employees International Union, Local 1 ("Local 1"), Thomas Balanoff, Mona Ballenger and Edward Bowen (collectively, with "Local 1," known as the "Local 1 Defendants") hereby file a Motion to Withdraw Appearances Submitted on behalf of Defendant Andrew L. Stern, and state as follows:

1. On or about April 10, 2008, Plaintiff Wackenhut Corporation filed its complaint [Dkt. No. 1] in the Northern District of Illinois, Eastern Division, against SEIU Local 1 as the only defendant. Wackenhut purports to allege violations of the Sherman Act, 15 U.S.C. §§ 1, 2 and Section 303 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 187. On April 23, 2008, before SEIU Local 1 had filed any answer or other pleading in response to the complaint, Wackenhut filed a First Amended Complaint that purported to state claims against SEIU Local 1 and against four individual defendants: Balanoff, Ballenger, Bowen, and Stern.

2. The Local 1 Defendants, as defined above, have since been served with Plaintiff's First Amended Complaint. Based upon a previous Motion [Dkt. No. 25] and this Court's order

of May 19, 2008 [Dkt. No. 29], the Local 1 Defendants must answer or otherwise plead by June 27, 2008.

3. Defendant Andrew L. Stern is the President of the Service Employees International Union, the umbrella labor organization to Defendant SEIU Local 1. He does not hold a position with Defendant SEIU Local 1.

4. To the best of the knowledge of the Local 1 Defendants, Mr. Stern has not been served with either the initial Complaint nor with Plaintiff's First Amended Complaint.

5. Undersigned counsel inadvertently included Mr. Stern on the appearance forms filed April 28 and 29, 2008 [Dkt. Nos. 13, 14, 18, 19][1] and further inadvertently chose "all defendants" as being included in the appearance when filings the notices via ECF/CM. As a result, these notices purport to file an appearance on Mr. Stern's behalf and the electronic docket indicates that appearances have been filed.

6. Because of the errors described above, various documents [Dkt. Nos. 12, 22, 25] filed on behalf of other parties to the case appear to have been filed on Mr. Stern's behalf as well. Even where the electronic docket entries to these documents reflect the fact the underlying documents were filed on behalf of Mr. Stern, these underlying filings correctly indicate that undersigned counsel was representing either Defendant SEIU Local 1 only [Dkt. Nos. 12, 22] or the Local 1 Defendants jointly [Dkt. No. 25].

7. Undersigned counsel has not been granted authority to represent Mr. Stern at this time.

8. While undersigned counsel may be retained to represent Defendant Stern in the future, counsel wishes at this time to withdraw the appearances filed on Defendant Stern's behalf

---

[1] Due to an additional unrelated error [Dkt. No. 16], on April 29, 2008 undersigned counsel was directed by the Clerk's office to refile their Notices of Appearance.

and make certain that the docket entries and associated filings reflect the fact that no attorney for Mr. Stern has, as of yet, filed an appearance on his behalf.

WHEREFORE, counsel respectfully requests that this court grant leave to withdraw the appearance filed on behalf of Defendant Stern.

Respectfully submitted,                    Dated: May 28, 2008

\_\_\_\_/s/ Alexia Kulwiec\_\_\_\_

Alexia Kulwiec
Steven M. Stewart
Leslie Ward
Counsel for Defendants SEIU Local 1, Balanoff, Ballenger and Bowen
SEIU Local 1
111 E. Wacker Drive, 25th Floor
Chicago, IL 60601

312.240.1600
312.233.8848 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing Defendants' Motion to Withdraw Appearance Submitted on behalf of Defendant Andy Stern with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties by operation of the Court's electronic filing system.

                                                  /s/ Alexia M. Kulwiec

                                                  Alexia M. Kulwiec
                                                  Counsel for Defendant
                                                  SEIU Local 1, Balanoff,
                                                     Ballenger and Bowen
                                                 111 E. Wacker Drive, 25th Fl.
                                                 Chicago, IL 60601