# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2053 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Wackenhut Corporation vs. SEIU Local 1 et al | | |

**DOCKET ENTRY TEXT**

Defendant Andrew L. Stern's Motion to Withdraw Appearances [34] is granted. Attorneys Alexia M. Kulwiec, Leslie Jane Ward, and Steven M. Stewart are hereby withdrawn as counsel of record as to defendant Andrew L. Stern only. The 6/3/2008 presentment date for said motion is stricken; no appearance is required.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|