UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION ) | | |
| ) | | |
|     Plaintiff ) | Case No.  08-C-2053 | |
| ) | | |
| v. ) | Judge Kendall | |
| ) | | |
| SERVICE EMPLOYEES INTERNATIONAL ) | Magistrate Judge Schenkier | |
| UNION, LOCAL 1, *et. al.* ) | | |
| ) | | |
|     Defendant ) | | |
| ) | | |

**MOTION OF DEFENDANTS SEIU LOCAL NO. 1., THOMAS BALANOFF, MONA BALLENGER, AND EDWARD BOWEN FOR LEAVE TO FILE OVERLENGTH BRIEF**

Defendants, Service Employees International Union, Local 1 ("Local 1"), Thomas Balanoff, Mona Ballenger, Edward Bowen, jointly file a Motion for Leave to File an Overlength Brief in support of their anticipated Motion to Dismiss the Amended Complaint. In support, Defendants state as follows:

    1.    On or about April 10, 2008, Wackenhut filed a complaint [Dkt. No. 1] in this court. In the Complaint, Wackenhut purports to allege violations of the Sherman Act, 15 U.S.C. §§ 1, 2 and Section 303 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 187. Defendant Local 1 was served on or about April 11, 2008. On or about April 23, 2008, Wackenhut amended its complaint [Dkt. No. 10] to add Defendants Balanoff, Ballenger, Bowen, and Stern.

2.      Pursuant to this Court's Order [Dkt. No. 25] of May 19, 2008, Defendants Local 1, Balanoff, Ballenger, and Bowen[1] anticipate filing a single Motion to Dismiss Wackenhut's Amended Complaint in its entirety on or before June 27, 2008.

3.      Defendants' anticipated Motion to Dismiss will address each of the causes of action the Amended Complaint asserts. If the motion is successful, the lawsuit will be dismissed in its entirety.

4.      Defendants are mindful of Local Rule 7.1, and the Court's practices regarding page limitations. However, Defendants' anticipated Motion to Dismiss will raise complex questions of federal antitrust law, labor law, and the intersection between the two. Courts and commentators have noted that "[t]he intersection of the labor and antitrust laws is one of the more difficult areas of federal jurisprudence." *Feather v. United Mine Workers of Am.*, 711 F.2d 530, 541 (2d Cir. 1983). While the anticipated Motion to Dismiss does not rest wholly on the intersection of these two bodies of law, to reduce the number of pages would be prejudicial to Defendants and would significantly hamper their ability to assist the Court in understanding the complex issues involved in this case.

5.      Defendants Local 1, Balanoff, Ballenger, and Bowen respectfully request that this court grant leave to file a single brief in support of their Motion to Dismiss, not to exceed 25 pages.

---

[1] Defendant Andrew Stern has not yet been served with the Amended Complaint, and pursuant to this Court's order of June 2, 2008 [Dkt. No. 36], no attorney has entered an appearance on Mr. Stern's behalf.

Dated: June 25, 2008　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　*/s/ Alexia Kulwiec*
　　　　　　　　　　　　　　　　　　ALEXIA M. KULWIEC
　　　　　　　　　　　　　　　　　　LESLIE J. WARD
　　　　　　　　　　　　　　　　　　STEVEN M. STEWART
　　　　　　　　　　　　　　　　　　SEIU Local No. 1
　　　　　　　　　　　　　　　　　　111 East Wacker Drive
　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　(312) 233-8712

　　　　　　　　　　　　　　　　　　*/s/ Julia Penny Clark*
　　　　　　　　　　　　　　　　　　JULIA PENNY CLARK*
　　　　　　　　　　　　　　　　　　DANIEL A. ZIBEL*
　　　　　　　　　　　　　　　　　　Bredhoff & Kaiser PLLC
　　　　　　　　　　　　　　　　　　805 Fifteenth Street N.W.
　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 842-2600

　　　　　　　　　　　　　　　　　　*Counsel for Defendants SEIU Local No. 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen*


* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of June, 2008, a copy of the foregoing MOTION OF DEFENDANTS SEIU LOCAL NO. 1., THOMAS BALANOFF, MONA BALLENGER, AND EDWARD BOWEN FOR LEAVE TO FILE OVERLENGTH BRIEF was filed electronically with the Clerk of the Court was served via the CM/ECF system upon all counsel of record in this case. A courtesy copy of this motion was also delivered to the courtroom deputy's office in Room 2316-A of the Dirksen Building.

                                               /s/ *Daniel A. Zibel*
                                               Daniel A. Zibel