UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SERVICE EMPLOYEES INTERNATIONAL | ) | Magistrate Judge Schenkier |
| UNION, LOCAL 1, *et. al.* | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANTS SEIU LOCAL 1., THOMAS BALANOFF, MONA BALLENGER, AND EDWARD BOWEN'S NOTICE OF MOTION**

To:   Patrick J. Ahern
      John N. Raudabaugh
      Karen Sewell
      Baker & McKenzie LLP
      130 E. Randolph Dr., Suite 3500
      Chicago, IL 60601
      312.861.8000
      Counsel for Defendant

Please take notice that on Wednesday, July 2, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Service Employees International Union Local 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen, shall appear before the Honorable Virginia Kendall or any judge sitting in her stead, in the courtroom usually occupied by her at the U.S. District Court for the Northern District of Illinois, at Room 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and present its Motion for Leave to File an Overlength Brief.

Respectfully Submitted,                              Dated: June 25, 2008

*/s/ Alexia Kulwiec*                                 */s/ Julia Penny Clark*
ALEXIA M. KULWIEC                                    JULIA PENNY CLARK*
SEIU Local No. 1                                     DANIEL A. ZIBEL*
111 East Wacker Drive                                Bredhoff & Kaiser PLLC
Suite 2500                                           805 Fifteenth Street N.W.
Chicago, IL 60601                                    Suite 1000
(312) 233-8712                                       Washington, DC 20005
                                                     (202) 842-2600