# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THE WACKENHUT CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08-C-2053 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1, *et. al.* | ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANTS SEIU LOCAL 1, THOMAS BALANOFF, MONA BALLENGER, AND EDWARD BOWEN'S NOTICE OF MOTION

To: Patrick J. Ahern
John N. Raudabaugh
Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
312.861.8000
*Counsel for Plaintiff*

Please take notice that on Wednesday, July 2, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Service Employees International Union Local 1, Thomas Balanoff, Mona Ballenger, and Edward Bowen, shall appear before the Honorable Virginia Kendall or any judge sitting in her stead, in the courtroom usually occupied by her at the U.S. District Court for the Northern District of Illinois, at Room 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and present its Motion to Dismiss the Amended Complaint.

Respectfully Submitted,

| | |
|---|---|
| */s/ Alexia Kulwiec* | */s/ Julia Penny Clark* |
| ALEXIA M. KULWIEC | JULIA PENNY CLARK* |
| SEIU Local No. 1 | DANIEL A. ZIBEL* |
| 111 East Wacker Drive | Bredhoff & Kaiser PLLC |
| Suite 2500 | 805 Fifteenth Street N.W. |
| Chicago, IL 60601 | Suite 1000 |
| (312) 233-8712 | Washington, DC 20005 |
| | (202) 842-2600      Dated: June 27, 2008 |