**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Wackenhut Corporation, The
                       Plaintiff,

v.                                                Case No.: 1:08−cv−02053
                                                Honorable Virginia M. Kendall

SEIU Local 1, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 8/5/2008 at 09:00 AM. Defendant's motion to dismiss[41] is taken under advisement. Response is due by 8/4/2008. Reply is due by 8/18/2008. Court will rule by mail. Plaintiff is directed to effect service on the remaining defendants by 8/4/2008.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.