IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| THE WACKENHUT CORPORATION,   ) <br> ) <br> Plaintiff,   ) <br> v.   ) <br> ) <br> SEIU LOCAL 1, THOMAS BALANOFF,   ) <br> MONA BALLENGER,   ) <br> EDWARD BOWEN,   ) <br> and ANDREW STERN,   ) <br> Defendants.   ) | Case No. 1:08-cv-2053 <br><br> Judge Kendall/Magistrate Judge Schenkier |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF FIFTEEN (15) PAGES**

Plaintiff, The Wackenhut Corporation's ("Wackenhut"), respectfully presents this Motion for Leave to File Brief In Excess of Fifteen (15) Pages in support of its Response in Opposition to Defendants' Motion to Dismiss. In support, Plaintiff states as follows:

1. On or about April 23, 2008, Plaintiff filed its First Amended Complaint ("Complaint") [Dkt. No. 10] in this case. In the Complaint, Wackenhut alleges violations of the Sherman Act, 15 U.S.C. §§ 1, 2 and Section 303 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 187.

2. On June 27, 2008, Defendants filed their Motion to Dismiss. [Dkt. No. 41]

3. Defendants' Motion to Dismiss addressed each of the causes of action in the Amended Complaint.

4. Plaintiff is mindful of Local Rule 7.1, and the Court's practices regarding page limitations. However, Defendants' Motion to Dismiss raised numerous arguments relating to federal antitrust law, labor law, and the intersection between the two.

5.	On June 27, 2008, this Court granted Defendants' Motion for Leave to File Overlength Brief, up to 25 pages, which Plaintiff did not object to. [Dkt No. 43]

6.	Plaintiff respectfully requests that this Court grant leave to file a brief in opposition to Defendants' Motion to Dismiss, not to exceed 20 pages.

Dated: August 4, 2008                                    Respectfully submitted,

/s PATRICK J. AHERN
**BAKER & MCKENZIE LLP**
Patrick J. Ahern (ARDC# 6187380)
patrick.j.ahern@bakernet.com
John N. Raudabaugh (*pro hac vice* pending)
john.n.raudabaugh@bakernet.com
Karen Sewell (ARDC# 6284417)
karen.sewell@bakernet.com
130 E. Randolph Dr., Suite 3500
Chicago, Illinois 60601
312.861.8000

CHIDMS1/2640042.1