IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE WACKENHUT CORPORATION, | ) |
| Plaintiff, | ) Case No. 1:08-cv-2053 |
| v. | ) Judge Kendall/Magistrate Judge Schenkier |
| SEIU LOCAL 1, THOMAS BALANOFF, MONA BALLENGER, EDWARD BOWEN, and ANDREW STERN, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:** See Certificate of Service.

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Virginia Kendall, in Courtroom 2319, or any Judge sitting in her place or stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiff's Motion for Leave to File Brief in Excess of Fifteen (15) Pages**, copies of which are being sent to you via this Court's ECF system.

Dated: August 4, 2008                             Respectfully submitted,

                                                  /s PATRICK J. AHERN
                                                  Counsel for Plaintiff
                                                  The Wackenhut Corporation

**BAKER & McKENZIE LLP**
Patrick J. Ahern (ARDC# 6187380)
patrick.j.ahern@bakernet.com
John N. Raudabaugh (*pro hac vice* pending)
john.n.raudabaugh@bakernet.com
Karen Sewell (ARDC# 6284417)
karen.sewell@bakernet.com
130 E. Randolph Dr., Suite 3500
Chicago, Illinois 60601
312.861.8000

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of August, 2008, a copy of the foregoing **Plaintiff's Motion for Leave to File Brief In Excess of Fifteen (15) Pages** was filed electronically with the Clerk of the Court was served via the CM/ECF system upon all counsel of record in this case. A courtesy copy of this report was also delivered to the courtroom deputy's office in Room 2316-A of the Dirksen Building.

      /s PATRICK J. AHERN
      Patrick J. Ahern
      Counsel for Plaintiff
      The Wackenhut Corporation

CHIDMS1/2640157.1/wackenhut - Notice of Motion for leave to file brief in excess of fifteen (15) pages