# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Wackenhut Corporation, The

                Plaintiff,

v.                                 Case No.: 1:08–cv–02053

                                 Honorable Virginia M. Kendall

SEIU Local 1, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held.Status hearing held and continued to 10/16/2008 at 9:00 am. MOTION by Plaintiff Wackenhut Corporation, The for leave to file excess pages[46] is granted. Plaintiffs' brief is limited to 20 pages. Defendants' oral motion to stay all discovery pending disposition of the motion to dismiss is granted.Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.